TOWN OF NICHOLS, Respondent, *v.* SUMNER PARK et al., Appellants, Impleaded with Others.

THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

*Eminent domain — condemnation proceedings — damages — measure of damages in proceeding to acquire land for highway purposes.*

*Town of Nichols* v. *Sumner Park*, 209 App. Div. 319, affirmed.
(Argued November 23, 1925; decided December 8, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 4, 1924, which reversed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings to acquire lands for highway purposes. The question at issue was the measure of damages.

*Archibald Howard* and *F. W. Clifford* for appellants.
*James S. Truman* for plaintiff, respondent.

*Russell B. Burnside* and *Charles G. Blakeslee* for Public Service Commission, defendant, respondent.

*Halsey Sayles* for New York, Lackawanna and Western Railway Company, defendant, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.